UNITED STATES v. THE BEST FOODS, INC. (No. 5151)*

United States Court of Customs and Patent Appeals,
November 14, 1963

*John W. Douglas*, Assistant Attorney General, for the United States.
*Barnes, Richardson & Colburn, Sullivan & Cromwell*, for appellee.

[On stipulation by counsel dated October 17, 1963, without hearing or argument]

Before WORLEY, Chief Judge, and RICH, MARTIN, SMITH, and ALMOND, Jr.,
Associate Judges

PER CURIAM: This matter was heard in the United States Customs Court, Third Division, on evidence, and, on the record there made, the protest of the importer was sustained, C.D. 2396. On appeal to this court, counsel for the parties have filed the following stipulation herein:

WHEREAS the parties desire to effectuate a compromise settlement of the judgment in this case at fifty percent of the amount thereof; and

WHEREAS the said compromise settlement has been duly approved by the Attorney General;

IT IS, THEREFORE, STIPULATED, subject to the approval of this court, that a judgment may be entered herein modifying the judgment of the Customs Court to the extent of providing that the protest be sustained as to fifty percent of the merchandise covered thereby and be dismissed as to the balance of the merchan-

*C.A.D. 827

1

dise and that the collector be directed to reliquidate the entries and make refund accordingly.

Dated: New York, New York
 October 17, 1963

> John W. Douglas,
> Assistant Attorney General,
> Civil Division
> By Andrew P. Vance
> Chief, Customs Section
> Attorney for Appellant
> Sullivan & Cromwell
> Barnes, Richardson & Colburn
> Attorneys for Appellee

On this stipulation, and without any consideration as to the correctness of the judgment of the court below on the record before it, the judgment of the United States Customs Court is *modified* to the extent of providing that the protest be sustained as to fifty percent of the merchandise covered thereby and be dismissed as to the balance of the merchandise and the cause is remanded for further proceedings in accordance with said stipulation. See *P. J. McEvoy* v. *United States*, 17 CCPA (Customs) 454, T.D. 43914.